Exhibit 1

Int. Cls.: 9, 25, 35, and 42

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,483,764
Registered Aug. 28, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-WARE BUSINESS TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH MARKET STREET1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: EYEGLASS FRAMES, SUNGLASSES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-15-1996; IN COMMERCE 11-15-1996.

FOR: CLOTHING CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1992; IN COMMERCE 9-0-1992.

FOR: ADVERTISING AGENCIES AND DEVEL-OPING PROMOTIONAL CAMPAIGNS FOR BUSI-NESSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

FOR: DESIGN FOR OTHERS IN THE FIELD OF CLOTHING AND RETAIL CLOTHING BOU-TIQUES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 1,439,226, 1,929,343, AND OTHERS.

SN 75-980,337, FILED 1-3-1996.

CHARLES L. JENKINS, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 25, 35 and 42

Prior U.S. Cls.: 2, 21, 22, 23, 26, 27, 28, 36, 38, 39, 50, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,454,886
Registered May 29, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELAWARE BUSINESS TRUST)
C/O CALVIN KLEIN, INC.
205 WEST 39TH STREET
NEW YORK, NY 10018

FOR: EYEGLASS FRAMES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-15-1996; IN COMMERCE 11-15-1996.

FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-29-1997; IN COMMERCE 10-29-1997.

FOR: CLOTHING, FOOTWEAR AND HEADWEAR FOR WOMEN, MEN, BOYS AND GIRLS, NAMELY, JUMP SUITS, SHIRTS, BLOUSES, JACKETS, BATHING SUITS, PANTS, BELTS, SHORTS, WARM-UP SUITS, SWEATPANTS AND SWEATSHIRTS, WALKING SHORTS, JEANS, KNITTED TOPS, STOCKINGS, TIGHTS, HATS, CAPS, COATS, OUTER COATS, SWEATER, SKIRTS, COATS, T-SHIRTS, BEACH AND SWIMMING COVER-UPS, TANK TOPS, CAMISOLES; TENNIS AND GOLF APPAREL, NAMELY, DRESSES, TOPS, SKIRTS, PANTS, AND SHORTS; FOOTWEAR, NAMELY, SHOES, ACTIVE SPORT SHOES, SNEAKERS, BOOTS, SLIPPERS; BLAZERS, PANTS, SOCKS; UNDERWEAR, SLEEPWEAR AND LOUNGEWEAR FOR MEN AND BOYS, NAMELY, BRIEFS, BOXERS, ATHLETIC UNDERWEAR, SPORT KNIT SHIRTS, T-SHIRTS, TANK TOPS, UNDERSHIRTS, BASIC UNDERWEAR, ROBES, KNITTED AND WOVEN SLEEPWEAR, SLEEP SHIRTS, PAJAMA TOPS, PAJAMA BOTTOMS, BREAKFAST JACKETS, SMOKING JACKETS, BED JACKETS, COVER-UPS, KNITTED AND WOVEN LOUNGEWEAR, LOUNGING PANTS, AND TOPS, LOUNGE JACKETS; INTIMATE APPAREL AND BODYWEAR FOR WOMEN AND GIRLS, NAMELY, UNDERWEAR, SLEEPWEAR AND LOUNGEWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1992; IN COMMERCE 9-0-1992.

FOR: ADVERTISING AGENCIES AND DEVELOPING PROMOTIONAL CAMPAIGNS FOR BUSINESSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

FOR: DESIGN FOR OTHERS IN THE FIELD OF CLOTHING AND RETAIL CLOTHING BOUTIQUES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 1,086,041, 2,281,500 AND OTHERS.

SER. NO. 75-871,273, FILED 12-13-1999.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,142,329

Registered Mar. 10, 1998

## TRADEMARK
### PRINCIPAL REGISTER



WILMINGTON TRUST COMPANY, A DELA-
WARE CORPORATION, AS TRUSTEE OF
THE CALVIN KLEIN TRADEMARK TRUST
(DELAWARE BUSINESS TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH
MARKET STREET
WILMINGTON, DE 19890

FOR: HANDBAGS, WALLETS, KEYCASES,
CHANGE PURSES, COSMETIC CASES SOLD
EMPTY, BRIEFCASE-TYPE PORTFOLIOS,
SUIT BAGS, LUGGAGE TRUNKS, SUITCASES,
UMBRELLAS, BILLFOLDS, DUFFELBAGS,
TOTEBAGS, BRIEFCASES AND ATTACHE

CASES, LUGGAGE AND OVERNIGHT CASES,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 8-0-1994; IN COMMERCE
8-0-1994.
OWNER OF U.S. REG. NOS. 1,633,261, 1,932,700
AND OTHERS.
THE NAME SHOWN IN THE MARK IDENTI-
FIES A PARTICULAR LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

SER. NO. 75-223,925, FILED 1-10-1997.

CHARLES L. JENKINS, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 2,314,144**

## United States Patent and Trademark Office

Registered Feb. 1, 2000

### TRADEMARK
### PRINCIPAL REGISTER

## CK

CALVIN KLEIN TRADEMARK TRUST (DELA-
WARE BUSINESS TRUST)
C/O CALVIN KLEIN, INC.
205 WEST 39TH STREET
NEW YORK, NY 10018

FOR: JEWELRY AND WATCHES, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10–0–1997; IN COMMERCE 10–0–1997.

OWNER OF U.S. REG. NOS. 2,076,377, 2,142,329
AND OTHERS.

SER. NO. 75–604,073, FILED 12–11–1998.

HAE PARK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,144,299

Registered Mar. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-
WARE BUSINESS TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH
MARKET STREET
WILMINGTON, DE 19890

FOR: EYEGLASS FRAMES AND SUNGLASS-
ES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 11–15–1996; IN COMMERCE
11–15–1996.

OWNER OF U.S. REG. NOS. 1,418,226, 1,824,455
AND OTHERS.

"CALVIN KLEIN" IS THE NAME OF A
LIVING INDIVIDUAL WHOSE CONSENT HAS
BEEN MADE OF RECORD.

SER. NO. 75–207,202, FILED 12–3–1996.

DEBORAH R. GREENBERG, EXAMINING AT-
TORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,192,526

Registered Sep. 29, 1998

## TRADEMARK
## PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-
WARE BUSINESS TRUST)
RODNEY SQUARE NORTH1100 NORTH
MARKET STREET1100 NORTH MARKET
STREET
WILMINGTON, DE 19890

FOR: WATCHES EXCLUDING (14K AND 18K
GOLD JEWELRY), IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).
FIRST USE 10–29–1997; IN COMMERCE
10–29–1997.

OWNER OF U.S. REG. NOS. 1,439,226,
1,929,343, AND OTHERS.
THE NAME "CALVIN KLEIN" IDENTIFIES
A LIVING INDIVIDUAL WHOSE CONSENT
TO REGISTER HIS NAME FOR THE GOODS
IDENTIFIED IN THE APPLICATION IS SUB-
MITTED HEREWITH.

SN 75–050,221, FILED 1–30–1996.

CHARLES L. JENKINS, EXAMINING ATTOR-
NEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,076,377

Registered July 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-WARE TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH MARKET STREET1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: HANDBAGS, WALLETS, KEY CASES, CHANGE PURSES, COSMETIC BAGS AND POUCHES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS, SUIT BAGS, TRUNKS FOR TRAVELING, SUITCASES, UMBRELLAS, BILLFOLDS, DUFFLE BAGS, TOTE BAGS, BRIEFCASES AND ATTACHE CASES, LUG-GAGE, OVERNIGHT CASES, TOILET KITS SOLD EMPTY, CREDIT CARD HOLDERS, BUSINESS CARD HOLDERS, EYEGLASS CASES MADE FROM LEATHER OR IMITA-TION THEREOF, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9–19–1995; IN COMMERCE 9–19–1995.

OWNER OF U.S. REG. NOS. 1,439,226 AND 1,929,343.

SN 75–017,920, FILED 11–13–1995.

JACQUELINE A. LAVINE, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,080,100

## United States Patent and Trademark Office

Registered July 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-WARE BUSINESS TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH MARKET STREET1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: WOMEN'S, MEN'S, BOYS AND GIRLS WEARING APPAREL, NAMELY, SHIRTS, T-SHIRTS, JUMP SUITS, TANK TOPS, BLOUSES, JACKETS, BATHING SUITS, BEACH AND SWIMMING COVER-UPS, PANTS, DRESSES, SHORTS, WALKING SHORTS, SKIRTS, JEANS, GLOVES, SUITS, SPORTS JACKETS, BLAZERS, DINNER JACKETS, BELTS, SOCKS, STOCK-INGS, TIGHTS, HATS, OUTERWEAR, NAMELY JACKETS, COATS, AND VESTS, SWEATERS, FUR COATS, FUR TRIMMED COATS, SHEARLING COATS, SHEARLING JACKETS, RAINWEAR, RAINCOATS, CAPES, PONCHOS, SHOES, BOOTS, SLIPPERS, TENNIS AND GOLF DRESSES, TENNIS AND GOLF SHORTS, WARM-UP SUITS, SCARVES, SHAWLS, TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-19-1993; IN COMMERCE 1-19-1993.

OWNER OF U.S. REG. NOS. 1,439,226 AND 1,929,343.

SN 75-017,919, FILED 11-13-1995.

JACQUELINE A. LAVINE, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,074,471

Registered June 24, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELAWARE TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH MARKET STREET1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: MEN'S AND BOY'S UNDERWEAR, SLEEPWEAR AND LOUNGEWEAR PRODUCTS, NAMELY BRIEFS, BOXER SHORTS, ATHLETIC SHIRTS AND BOTTOMS, T-SHIRTS AND TANK TOPS, UNDERSHIRTS, UNDERPANTS AND UNDERSHIRTS, ROBES, KNITTED AND WOVEN SLEEPWEAR, NAMELY SLEEP SHIRTS, PAJAMA TOPS, PAJAMA BOTTOMS, BREAKFAST JACKETS, SMOKING JACKETS, BED JACKETS AND COVER-UPS, KNITTED AND WOVEN LOUNGEWEAR, INCLUDING LOUNGING PANTS AND TOPS, AND LOUNGE JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-25-1996; IN COMMERCE 12-25-1996.

OWNER OF U.S. REG. NOS. 1,439,226 AND 1,929,343.

SN 75-017,916, FILED 11-13-1995.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Int. Cls.: 25, 35 and 42

Prior U.S. Cls.: 22, 39, 100, 101 and 102

**Reg. No. 2,069,292**

## United States Patent and Trademark Office

Registered June 10, 1997

# TRADEMARK
# SERVICE MARK
### PRINCIPAL REGISTER

## CK CALVIN KLEIN JEANS

CALVIN KLEIN TRADEMARK TRUST (DELA-WARE BUSINESS TRUST)
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: WOMEN'S, MEN'S, BOYS AND GIRLS WEARING APPAREL, NAMELY, SHIRTS, T-SHIRTS, TANK TOPS, BLOUSES, JACKETS, BATHING SUITS, JUMP SUITS, DINNER JACK-ETS, BEACH AND SWIMMING COVER-UPS, SPORT COATS, PANTS, DRESSES, SHORTS, WALKING SHORTS, SKIRTS, JEANS, GLOVES, SUITS, BLAZERS, CLOTHING BELTS, SOCKS, STOCKINGS, TIGHTS, HATS; OUTERWEAR, NAMELY, JACKETS, COATS, VESTS, SWEAT-ERS, FUR COATS, FUR TRIMMED COATS; SHEARLING COATS, SHEARLING JACKETS, RAIN WEAR, RAIN COATS, CAPES, PON-CHOS, SHOES, BOOTS, SLIPPERS, TENNIS AND GOLF DRESSES, TENNIS AND GOLF SHORTS, WARM-UP SUITS, SCARVES, SHAWLS, CLOTHING TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1994; IN COMMERCE 7-0-1994.
FOR: ADVERTISING AGENCIES AND DE-VELOPING PROMOTIONAL CAMPAIGNS FOR BUSINESSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 7-0-1994; IN COMMERCE 7-0-1994.
FOR: DESIGN SERVICES FOR OTHERS IN THE FIELD OF CLOTHING AND RETAIL BOUTIQUE STORE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 7-0-1994; IN COMMERCE 7-0-1994.
OWNER OF U.S. REG. NOS. 1,604,633, 1,932,700 AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS", APART FROM THE MARK AS SHOWN.
"CALVIN KLEIN" IS THE NAME OF A LIVING INDIVIDUAL.

SER. NO. 75-097,401, FILED 5-1-1996.

CHARLES L. JENKINS, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,064,064

## United States Patent and Trademark Office

Registered May 20, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-
WARE BUSINESS TRUST)
C/O WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH1100 NORTH
MARKET STREET1100 NORTH MARKET
STREET
WILMINGTON, DE 19890

FOR: WOMEN'S AND GIRL'S INTIMATE AP-
PAREL, SLEEPWEAR AND LOUNGEWEAR,
BODYWEAR, NAMELY FOUNDATIONS, BRAS,
GIRDLES, GARTER BELTS, ONE PIECE BRA
AND GIRDLE, CORSELETTES, BODY STOCK-
INGS, CONTROL BRIEFS, CONTROL HIP-
STERS, CONTROL BIKINIS, BRA SLIPS, BRA
TOP CAMISOLES, WAIST CINCHERS, BUS-
TIERS, MERRY WIDOWS, CAMISETTES, LEO-
TARDS AND UNITARDS, DAYWEAR,
NAMELY CULOTTES, BIKINIS, HIPSTERS,
BRIEFS, SLIPS, BLOUSE-SLIPS, CAMISOLE-
SLIPS, CHEMISE SLIPS, CULOTTE SLIPS,
EVENING SLIPS, MATERNITY SLIPS, PANTY
SLIPS, PRINCESS SLIPS, SHADOW PANEL
SLIPS, STRAPLESS SLIPS, SUITE SLIPS, TAI-
LORED SLIPS, HALF-SLIPS, PETTI-SLIPS,
BRA-SLIPS, CHEMISES, TEDDIES, CAMI-
SOLES, BRA TOP CAMISOLES, BRALETTES,
TAP PANTS AND PETTI-PANTS, DAYWEAR,
LOUNGEWEAR, SLEEPWEAR AND
BODYWEAR, NAMELY NIGHTGOWNS, TOGA
NIGHTGOWNS, NIGHT SHIRTS, PAJAMAS,
SHORTIE PAJAMAS, BABY DOLL PAJAMAS,
T-SHIRT PAJAMAS, FRENCH MAID SLEEP-
ERS, HAREM PAJAMAS, HOSTESS CU-
LOTTES, LOUNGING PAJAMAS, ROMPERS,
SLEEP SHORTS, PEIGNOIRS, BED JACKETS,
CAFTANS, JUMPSUITS, TEDDIES, BATH-
ROBES, DRESSING GOWNS, KIMONOS,
HOUSECOATS, BEACH TOGAS, BEACH
WRAP-UPS, BREAKFAST COATS, BRUNCH
COATS, HOODED BATHROBES, DUSTERS,
HOSTESS ROBES, KABUKI ROBES, LOUNG-

2               **2,064,064**

ING ROBES AND MONK'S ROBES, BRA TOPS, CROP TOPS AND LEGGINGS, EXCLUDING WOMEN'S HOSIERY, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5–25–1996; IN COMMERCE 5–25–1996.

OWNER OF U.S. REG. NOS. 1,439,226 AND 1,929,343.

SN 75–017,912, FILED 11–13–1995.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 1,951,987
Registered Jan. 23, 1996

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST (DELA-WARE BUSINESS TRUST)
C/O WILMINGTON TRUST CO.
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: HANDBAGS, WALLETS, KEY CASES, CHANGE PURSES, COSMETIC BAGS AND POUCHES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS, SUIT BAGS, TRUNKS FOR TRAVELING, SUITCASES, UMBRELLAS, BILLFOLDS, DUFFLE BAGS, TOTE BAGS, BRIEFCASES AND ATTACHE CASES, LUG-GAGE, OVERNIGHT CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-0-1994; IN COMMERCE 8-0-1994.

OWNER OF U.S. REG. NOS. 1,086,041, 1,819,048, AND OTHERS.

"CALVIN KLEIN" IS A LIVING INDIVID-UAL WHOSE CONSENT IS OF RECORD.

SN 74-801,448, FILED 5-4-1993.

JOAN LESLIE BISHOP, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,929,343
Registered Oct. 24, 1995

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN TRADEMARK TRUST, THE (DELAWARE CORPORATION)
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: MEN'S AND BOY'S UNDERWEAR, SLEEPWEAR AND LOUGEWEAR PRODUCTS, NAMELY BRIEFS, BOXER SHORTS, ATHLETIC SHIRTS AND BOTTOMS, T-SHIRTS AND TANK TOPS, UNDERSHIRTS, UNDERPANTS AND UNDERSHIRTS, ROBES, KNITTED AND WOVEN SLEEPWEAR, NAMELY SLEEP SHIRTS, PAJAMA TOPS, PAJAMA BOTTOMS, BREAKFAST JACKETS, SMOKING JACKETS, BED JACKETS AND COVER-UPS, KNITTED AND WOVEN LOUNGEWEAR, INCLUDING LOUNGING PANTS AND TOPS, AND LOUNGE JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–4–1992; IN COMMERCE 8–4–1992.

OWNER OF U.S. REG. NOS. 1,086,041, 1,819,048 AND OTHERS.

"CALVIN KLEIN'S", THE PARTICULAR LIVING INDIVIDUAL WHOSE NAME IS INCLUDED IN THE MARK, CONSENT IS OF RECORD.

SER. NO. 74–521,942, FILED 5–4–1994.

KAREN FEISTHAMEL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,932,699
Registered Nov. 7, 1995

## TRADEMARK
### PRINCIPAL REGISTER

# Calvin Klein

CALVIN KLEIN TRADEMARK TRUST, THE (DELAWARE CORPORATION)
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

FOR: BRIEFS, BOXER SHORTS, ATHLETIC SHIRTS AND BOTTOMS, T-SHIRTS AND TANK TOPS, UNDERSHIRTS, UNDERPANTS AND UNDERSHIRTS, ROBES, KNITTED AND WOVEN SLEEPWEAR, NAMELY SLEEP SHIRTS, PAJAMA TOPS, PAJAMA BOTTOMS, BREAKFAST JACKETS, SMOKING JACKETS, BED JACKETS AND COVER-UPS, KNITTED AND WOVEN LOUNGEWEAR, INCLUDING LOUNGING PANTS AND TOPS, AND LOUNGE JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1982; IN COMMERCE 0–0–1982.

OWNER OF U.S. REG. NOS. 1,086,041, 1,819,048 AND OTHERS.

"CALVIN KLEIN" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 74–521,941, FILED 5–4–1994.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28, and 50**

Reg. No. **1,993,879**

# United States Patent and Trademark Office   Registered Aug. 13, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## CALVIN KLEIN

CALVIN KLEIN TRADEMARK TRUST (DELA-
WARE BUSINESS TRUST)
WILMINGTON TRUST COMPANY
RODNEY     SQUARE     NORTH1100     NORTH
MARKET   STREET1100   NORTH   MARKET
STREET
WILMINGTON, DE 19890

FIRST   USE   9–7–1995;   IN   COMMERCE
9–7–1995.
OWNER   OF   U.S.   REG.   NOS.   1,086,041,
1,208,583, AND OTHERS.
"CALVIN KLEIN" IS A LIVING INDIVID-
UAL WHOSE CONSENT IS OF RECORD.

SN 74–512,134, FILED 4–11–1994.

FOR: WATCHES AND JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

JOAN LESLIE BISHOP, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,819,048
Registered Feb. 1, 1994

### TRADEMARK
### PRINCIPAL REGISTER

# Calvin Klein

CALVIN KLEIN, INC. (NEW YORK CORPORA-
TION)
205 WEST 39TH STREET
NEW YORK, NY 10018

FOR: MEN'S WEARING APPAREL;
NAMELY, SUITS, SPORTS JACKETS, BLAZ-
ERS, DINNER JACKETS, PANTS, JEANS,
OUTER COATS, RAINCOATS, SHIRTS, VESTS,
SWEATERS, TIES, BELTS; WOMEN'S WEAR-
ING APPAREL; NAMELY, JEANS, AND
GLOVES; CHILDREN'S WEARING APPAREL;
NAMELY, DRESSES, SKIRTS, JEANS AND
SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12–1–1976; IN COMMERCE
12–1–1976.

OWNER OF U.S. REG. NOS. 1,086,041, 1,472,380
AND OTHERS.

"CALVIN KLEIN" IS THE NAME OF A
LIVING INDIVIDUAL WHOSE CONSENT IS
OF RECORD.

SER. NO. 74–402,374, FILED 6–9–1993.

KAREN L. FEISTHAMEL, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,810,850
Registered Dec. 14, 1993

## TRADEMARK
### PRINCIPAL REGISTER



CALVIN KLEIN, INC. (NEW YORK CORPORA-
TION)
205 WEST 39TH STREET
NEW YORK, NY 10018

FOR: WOMEN'S, MEN'S, BOYS AND GIRLS
WEARING APPAREL; NAMELY, SHIRTS,
BLOUSES, JACKETS, BATHING SUITS, BEACH
AND SWIMMING COVER-UPS, PANTS,
DRESSES, SHORTS, SKIRTS, JEANS, GLOVES,
SUITS, SPORTS JACKETS, BELTS, SOCKS, UN-
DERWEAR, STOCKINGS, TIGHTS, HATS,
OUTERWEAR; NAMELY, JACKETS, COATS
AND VESTS, SWEATERS, T-SHIRTS, RAIN-

WEAR, RAINCOATS, TANK TOPS, SHOES,
BOOTS, SLIPPERS, BLAZERS, BRAS, NIGHT-
GOWNS, ROBES, SCARVES AND SHAWLS, IN
CLASS 25 (U.S. CL. 39).
FIRST USE 8–4–1992; IN COMMERCE
8–4–1992.
OWNER OF U.S. REG. NOS. 1,604,664, 1,633,261
AND OTHERS.
"CALVIN KLEIN" IS A LIVING INDIVID-
UAL WHOSE CONSENT IS OF RECORD.

SER. NO. 74–327,390, FILED 11–2–1992.

SUSAN LEE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,633,261

Registered Jan. 29, 1991

## TRADEMARK
### PRINCIPAL REGISTER

# Calvin Klein

CALVIN KLEIN, INC. (NEW YORK CORPORA-TION)
205 WEST 39TH STREET
NEW YORK, NY 10018 , BY CHANGE OF NAME FROM CALVIN KLEIN INDUSTRIES, INC. (NEW YORK CORPORATION) NEW YORK, NY 10018

FOR: WOMEN'S SHOES, BOOTS AND SLIPPERS; MEN'S AND BOYS' UNDERWEAR AND MEN'S AND BOYS' SHORTS; WOMEN'S AND GIRLS' UNDERWEAR (INCLUDING BRASSIERES AND UNDERPANTS); WOMEN'S NIGHTGOWNS; MEN'S HOSIERY AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1968; IN COMMERCE 6-0-1982.

OWNER OF U.S. REG. NO. 1,472,380 AND OTHERS.

"CALVIN KLEIN" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 73–834,975, FILED 10–30–1989.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,604,663
Registered July 3, 1990

### TRADEMARK
### PRINCIPAL REGISTER

# Calvin Klein

CALVIN KLEIN INDUSTRIES, INC. (NEW YORK CORPORATION)
205 WEST 39TH STREET
NEW YORK, NY 10018

FOR: WOMEN'S HANDBAGS, WALLETS, BILLFOLDS, FRENCH PURSES, BRIEFCASE TYPE LEATHER PORTFOLIOS AND BRIEF-CASE TYPE LEATHER ORGANIZER, KEY CASE, KEY FOBS, CHANGE PURSES, LUGGAGE, VANITY CASES, OVERNIGHT CASES, DUFFLE BAGS, SUIT BAGS, TOTE BAGS, TRUNKS, BRIEFCASES, ATTACHE CASES AND SUIT CASES, IN CLASS 18 (U.S. CL. 3).

FIRST USE 12–9–1988; IN COMMERCE 12–9–1988.

OWNER OF U.S. REG. NOS. 1,086,041 AND 1,447,384.

THE NAME "CALVIN KLEIN" ON THE MARK IS A PARTICULAR LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 73–780,254, FILED 2–13–1989.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,418,226

# United States Patent and Trademark Office

Registered Nov. 25, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## CALVIN KLEIN

CALVIN KLEIN INDUSTRIES, INC. (NEW YORK CORPORATION)
205 WEST 39TH STREET
NEW YORK, NY 10018

FOR: EYEGLASS FRAMES AND SUNGLASS-ES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 8-1-1985; IN COMMERCE 8-1-1985.

OWNER OF U.S. REG. NOS. 1,208,583 AND 1,226,396.

CALVIN KLEIN IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 583,532, FILED 2-18-1986.

MARILYN MCMAHON, EXAMINING ATTOR-NEY