IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN KLEIN TRADEMARK TRUST and CALVIN KLEIN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YEHUA GUO, et al., <br><br> Defendants. | Case No. 18-cv-06093 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Mary M. Rowland** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Calvin Klein Trademark Trust and Calvin Klein, Inc. (together, "Plaintiffs" or "Calvin Klein") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Calvin Klein having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Calvin Klein, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Calvin Klein having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the CALVIN KLEIN Trademarks (a list of which is included in the below chart):

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,993,879 | CALVIN KLEIN | For: watches and jewelry in class 014. |
| 1,418,226 | CALVIN KLEIN | For: eyeglass frames and sunglasses in class 009. |
| 2,069,292 | CK CALVIN KLEIN JEANS | For: women's, men's, boys and girls wearing apparel, namely, shirts, T-shirts, tank tops, blouses, jackets, sport coats, pants, dresses, shorts, walking shorts, skirts, jeans, gloves, suits, blazers, clothing belts, socks, tights, hats; outerwear, namely, jackets, coats, vests, sweaters, shearling, shearling jackets, rain wear, rain coats, capes, ponchos, warm-up suits, scarves, shawls, and clothing ties in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For: design services for others in the field |

2

| | | |
|---|---|---|
| | | of clothing and retail boutique store services in class 042. |
| 2,314,144 | CK | For: jewelry and watches in class 014. |
| 1,932,699 | Calvin Klein | For: briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, smoking jackets, knitted and woven loungewear, including lounging pants and tops, and lounge jackets in class 025. |
| 1,819,048 | Calvin Klein | For: men's wearing apparel; namely, suits, sports jackets; blazers, dinner jackets, pants, jeans, outer coats, raincoats, shirts, vests, sweaters, ties, belts; women's wearing apparel; namely, jeans, and gloves; children's wearing apparel; namely, dresses, skirts, jeans and shirts in class 025. |
| 1,633,261 | Calvin Klein | For: men's and boys' underwear and men's and boys' shorts; women's and girls' underwear (including brassieres and underpants); women's nightgowns in class 025. |
| 1,604,663 | Calvin Klein | For: women's handbags, wallets, billfolds, french purses, briefcase type leather portfolios and briefcase type leather organizer, key case, key fobs, change purses, luggage, vanity cases, overnight cases, duffle bags, suit bags, tote bags, trunks, briefcases, attaché cases and suit cases in class 018. |
| 2,483,764 | cK | For: eyeglass frames, sunglasses in class 009.<br><br>For: clothing caps and hats in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035. |

| | | |
|---|---|---|
| | | For design for others in the field of clothing and retail clothing boutiques in class 042. |
| 2,454,886 | cK | For: eyeglass frames, sunglasses in class 009.<br><br>For: watches and clocks in class 014.<br><br>For: clothing, footwear and headwear for women, men, boys and girls, namely, jump suits, shirts, blouses, jackets, bathing suits, pants, belts, shorts, warm-up suits, sweatpants and sweatshirts, walking shorts, jeans, knitted tops, stockings, tights, hats, caps, coats, outer coats, sweaters, skirts, coats, t-shirts, beach and swimming cover-ups, tank tops, camisoles; tennis and golf apparel, namely, dresses, tops, skirts, pants, and shorts; footwear, namely, shoes, active sport shoes, sneakers, boots, slippers; blazers, pants, socks in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For: design for others in the field of clothing and retail clothing boutiques in class 042. |
| 2,080,100 | cK | For: women's, men's boys and girls wearing apparel, namely, shirts, t-shirts, jump suits, tank tops, blouses, jackets, bathing suits, beach and swimming cover-ups, pants, dresses, shorts, walking shorts, skirts, jeans, gloves, sports jackets, blazers, belts, socks, stockings, tights, hats, outerwear, namely jackets, coats, sweaters, rainwear, raincoats, capes, ponchos, shoes, boots, slippers, tennis and golf dresses, tennis and golf shorts, warm-up suits, scarves, shawls in class 025. |

| | | |
|---|---|---|
| 2,076,377 | cK | For: handbags, wallets, key cases, change purses, cosmetic bags and pouches sold empty, briefcase-type portfolios, suit bags, trunks for: traveling, suitcases, umbrellas, billfolds, duffle bags, tote bags, briefcases and attaché cases, luggage, overnight cases, toilet kits sold empty, credit card holders, business card holders, eyeglass cases made from leather or imitation thereof in class 018. |
| 2,074,471 | cK | For: men's underwear, sleepwear and loungewear products, namely briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, breakfast jackets, smoking jackets, bed jackets and cover-ups, knitted and woven loungewear, including lounging pants and tops, and lounge jackets; boy's underwear, namely briefs and boxer shorts in class 025. |
| 2,064,064 | cK | For: women's and girl's intimate apparel, sleepwear and loungewear, bodywear, namely foundations, bras, girdles, garter belts, one piece bra and girdle, corselettes, body stockings, control briefs, control hipsters, control bikinis, bra slips, bra top camisoles, waist cinchers, bustiers, merry widows, camisettes, leotards and unitards, daywear, namely culottes, bikinis, hipsters, briefs, slips, blouse-slips, camisole-slips, chemise slips, culotte slips, evening slips, maternity slips, panty slips, princess slips, shadow panel slips, strapless slips, suite slips, tailored slips, half-slips, petti-slips, bra-slips, chemises, teddies, camisoles, bra top camisoles, bralettes, tap pants and petti-pants, daywear, loungewear, sleepwear and bodywear, namely nightgowns, toga nightgowns, night shirts, pajamas, shortie pajamas, baby doll pajamas, t-shirt pajamas, french maid sleepers, harem pajamas, hostess culottes, lounging |

| | | |
|---|---|---|
| | | pajamas, rompers, sleep shorts, pignoirs, bed jackets, caftans, jumpsuits, teddies, bathrobes, dressing gowns, kimonos, housecoats, beach togas, beach wrap-ups, breakfast coats, brunch coats, hooded bathrobes, dusters, hostess robes, kabuki robes, lounging robes and monk's robes, bra tops, crop tops and leggings, excluding women's hosiery in class 025. |
| 2,192,526 | CK Calvin Klein | For: watches, excluding (14k and 18k jewelry) in class 014. |
| 2,144,299 | CK Calvin Klein | For: eyeglass frames and sunglasses in class 009. |
| 2,142,329 | CK Calvin Klein | For: handbags, wallets keycases, change purses, cosmetic cases sold empty, briefcase-type portfolios, suit bags, luggage trunks, suitcases, umbrellas, billfolds, duffelbags, totebags, briefcases and attaché cases, luggage and overnight cases in class 018. |
| 1,951,987 | CK Calvin Klein | For: handbags, wallets, key cases, change purses, cosmetic bags and pouches sold empty, briefcase-type portfolios, suit bags trunks for: traveling, suitcases, umbrellas, billfolds, duffle bags, tote bags, briefcases and attaché cases, luggage, overnight cases in class 018. |
| 1,929,343 | CK Calvin Klein | For: men's and boy's underwear, sleepwear and loungewear products, namely briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, breakfast jackets, smoking jackets, bed jackets and cover-ups, knitted and woven loungewear, including lounging pants and tops, and |

6

|  |  | lounge jackets in class 025. |
|---|---|---|
| 1,810,850 | Calvin Klein CK | For: women's, men's, boys and girls wearing apparel; namely, shirts, blouses, jackets, bathing suits, beach and swimming cover-ups, pants, dresses, shorts, skirts, jeans, gloves, suits, sports jackets, belts, socks, underwear, stockings, tights, hats, outerwear; namely, coats and vests, sweaters, t-shirts, rainwear, raincoats, tank tops, shoes, boots, slippers, blazers, bras, nightgowns, robes, scarves and shawls in class 025. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the CALVIN KLEIN Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Calvin Klein product or not authorized by Calvin Klein to be sold in connection with the CALVIN KLEIN Trademarks;

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Calvin Klein product or any other product produced by Calvin Klein, that is not Calvin Klein's or not produced under the authorization, control or supervision of Calvin Klein and approved by Calvin Klein for sale under the CALVIN KLEIN Trademarks;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Calvin Klein, or are sponsored by, approved by, or otherwise connected with Calvin Klein;

  d. further infringing the CALVIN KLEIN Trademarks and damaging Calvin Klein's goodwill; and

  e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Calvin Klein, nor authorized by Calvin Klein to be sold or offered for sale, and which bear any of Calvin Klein's trademarks, including the CALVIN KLEIN Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Calvin Klein's choosing:

    a. permanently transfer the Defendant Domain Names to Calvin Klein's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Calvin Klein's selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Calvin Klein's selection.

4. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the CALVIN KLEIN Trademarks;

      b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CALVIN KLEIN Trademarks; and

      c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Calvin Klein is awarded statutory damages from each of the Defaulting Defendants in the amount of one million dollars ($1,000,000) for willful use of counterfeit CALVIN KLEIN Trademarks on products sold through at least the Defendant Internet Stores. The one million dollar ($1,000,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com and Amazon Pay, shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Wish.com and Amazon Pay, are hereby released to Calvin Klein as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com and Amazon

      Pay, are ordered to release to Calvin Klein the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8. Until Calvin Klein has recovered full payment of monies owed to it by any Defaulting Defendant, Calvin Klein shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com and Amazon Pay, shall within two (2) business days:

    a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Dawn Buonocore-Atlas, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies restrained in Defaulting Defendants' financial accounts to Calvin Klein as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Calvin Klein identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Calvin Klein may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-

11

      mail addresses identified in Exhibits 5 and 6 to the Declaration of Dawn Buonocore-Atlas and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) surety bond posted by Calvin Klein is hereby released to Calvin Klein or its counsel Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Calvin Klein or its counsel.

This is a Final Judgment.

Dated: December 19, 2018

                                                   John J. Tharp, Jr.
                                                 United States District Judge

**Calvin Klein Trademark Trust and Calvin Klein, Inc. v. yehua guo, et al.**
**Case No. 18-cv-06093**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | yehua guo | 2 | zsrp.org |
| 3 | zhaodequn | 4 | zhao dequn |
| 5 | zhao dequn (2) | 6 | Yvonne Torres |
| 7 | Yin YuYing | 8 | yaolong he |
| 9 | Yao Long He | 10 | Ya Ban Chen |
| 11 | xuemei liu | 12 | xu jian xin |
| 13 | xinke zhang | 14 | Xie Ji Ping |
| 15 | William McAuley | 16 | William Bassett |
| 17 | Wiley Chase | 18 | Walter Volk |
| 19 | Tyra Allen | 20 | truegrittraining.com |
| 21 | Timothy Jones | 22 | themylifefoundation.org |
| 23 | texasenactus.org | 24 | Terri Peterson |
| 25 | Sven Klein | 26 | Susan Wilder |
| 27 | Susan Sewell | 28 | Sue Washington |
| 29 | Stuart Fuchs | 30 | Stanley Wong |
| 31 | DISMISSED | 32 | Simone Rothschild |
| 33 | silvia lambert | 34 | sgschoolconfessions.com |
| 35 | scottsdalewesterners.org | 36 | Scott Breault |
| 37 | Sara Bunch | 38 | Russell Chesser |
| 39 | Rose Moorman | 40 | Rochelle Fomby |
| 41 | Robert Boone | 42 | Rick Chiodo |
| 43 | Rebecca Maclean | 44 | Rafael Eckles |
| 45 | promessometro.org | 46 | Ping Zhou |
| 47 | Pierce Francis | 48 | odszkodowania24.org |
| 49 | obesidadmexico.com | 50 | noggsbarn.org |
| 51 | muskancharity.org | 52 | movershelper.org |
| 53 | Monica Johnson | 54 | Moltas Tess |
| 55 | Miriam Clowers | 56 | minoxidilsampuan.org |
| 57 | Ming Hua Chen | 58 | Mike Smith |
| 59 | Michael Trombetta | 60 | meigepeg.org |
| 61 | Mary Thomas | 62 | Mary Freeman |
| 63 | Marianne Thomas | 64 | Margarita Brown |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 65 | Marco Kuster | 66 | Lyn Williams |
| 67 | Lydia Krebs | 68 | loudoncpchurch.org |
| 69 | Lori Wiersma | 70 | liuxuemei |
| 71 | liu xuemei | 72 | liu xuemei (2) |
| 73 | Linda Gentile | 74 | LiangGuangpu |
| 75 | Liang Guangpu | 76 | Liang Guang Wei |
| 77 | Laura Hooper | 78 | kvak2016.org |
| 79 | kratomfacts.org | 80 | Kimberley Norris |
| 81 | kickassveterans.org | 82 | Kelly Larsen |
| 83 | Karen Lupton | 84 | joslinunderthestars.org |
| 85 | Joseph Hull | 86 | johnnoestheden.com |
| 87 | John Taylor | 88 | John Steele |
| 89 | Joanne Rivera | 90 | jmac-jtdeerfarm.org |
| 91 | Jian Xun Guo | 92 | Hussain Alexandra |
| 93 | hooululehua.org | 94 | heyaolong |
| 95 | heyaolong (2) | 96 | heyao long |
| 97 | HeYao Long | 98 | Helen Wong |
| 99 | Hallie Blanc | 100 | guo yehua |
| 101 | grscholars.org | 102 | gkjnusukan.org |
| 103 | Giuseppe Bible | 104 | Genoveva Hernandez |
| 105 | Frederick Whitley | 106 | Fred Carpenter |
| 107 | findcrockpotrecipes.com | 108 | e-mxracing.com |
| 109 | Ema Alonzo | 110 | elmer clark |
| 111 | Elma Hardin | 112 | Elizabeth Price |
| 113 | Dolores Thrift | 114 | dequn zhao |
| 115 | dequn zhao (2) | 116 | Debbie Hunt |
| 117 | Dean Olive | 118 | David Vasser |
| 119 | cygnus-storytelling.org | 120 | Curtis Morrison |
| 121 | creativefortwayne.org | 122 | Connie Eckman |
| 123 | ckoutletonline.com | 124 | ckcollection.biz |
| 125 | citutn.org | 126 | chunyan liu |
| 127 | cherrypointesc.org | 128 | Cheng Hu Jiang |
| 129 | cheapcalvinkleinshop.com | 130 | Charles Miller |
| 131 | Charles Anthony | 132 | ccthenradiate.org |
| 133 | Cathi Phillips | 134 | calvinkleinus.com |
| 135 | calvinkleinunderwearbest.com | 136 | calvin-kleinstore.com |
| 137 | calvinkleinshirtsoutlets.com | 138 | calvinkleinsalecheap.com |
| 139 | calvinkleinoutletcheap.com | 140 | calvinkleineu.com |
| 141 | calvinkleincheapstore.com | 142 | breakfastatmurrays.com |
| 143 | Bobby Fletcher | 144 | blazingstarchorus.org |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 145 | Bin Li | 146 | Bessie McFadden |
| 147 | bayankorsesi.org | 148 | Barbara Prather |
| 149 | Barbara Maxfield | 150 | audiocollector.org |
| 151 | Archie Griffey | 152 | Ann Lund |
| 153 | Ann Allred | 154 | Andres Ramirez |
| 155 | ampaignasiperaire.org | 156 | alternativehealthworld.org |
| 157 | Albert Wilson | 158 | abriparental.org |
| 159 | abcasthmaheadstart.org | 160 | 4eme-frontdegauche34.org |
| 161 | Shop Best2U Store | 162 | dongyang688_8 |
| 163 | fanny2019 | 164 | xiangart2009 |
| 165 | ascendent | 166 | DISMISSED |
| 167 | DISMISSED | 168 | chongsheng2014 |
| 169 | DISMISSED | 170 | huadiao512 |
| 171 | qiqi856 | 172 | shashayang666 |
| 173 | yangguangdahaiwww | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/1673083 | 2 | ebay.com/usr/dongyang688_8 |
| 3 | ebay.com/usr/fanny2019 | 4 | ebay.com/usr/xiangart2009 |
| 5 | ioffer.com/selling/ascendent | 6 | DISMISSED |
| 7 | DISMISSED | 8 | ioffer.com/selling/chongsheng2014 |
| 9 | DISMISSED | 10 | ioffer.com/selling/huadiao512 |
| 11 | ioffer.com/selling/qiqi856 | 12 | ioffer.com/selling/shashayang666 |
| 13 | ioffer.com/selling/yangguangdahaiwww | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | castlewindowsgib.com | 2 | sportzshowcase.com |
| 3 | grupocentinelas.com | 4 | husabyhund.com |
| 5 | wsvoptend.com | 6 | nakatadesigns.com |
| 7 | maderahollowell.com | 8 | zsrp.org |
| 9 | niemabym.org | 10 | drhavabihac.com |
| 11 | paolabonomelli.com | 12 | rifmamira.com |
| 13 | grafiblog.com | 14 | acrepairwimberley.com |
| 15 | trigrltri.com | 16 | congoreformes.net |
| 17 | flyinglionart.com | 18 | creativityglass.com |
| 19 | agedafamily.com | 20 | losmalosalinfierno.com |
| 21 | lfcproud.com | 22 | powerpattayaproperties.com |
| 23 | caldfjkdj.top | 24 | calsuenj.top |
| 25 | diarioucrania.com | 26 | afotrade.top |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 27 | encinofences.com | 28 | digi-magic.com |
| 29 | anzaleadershipblog.com | 30 | zakka-hitotu.com |
| 31 | davidsondatasystems.com | 32 | truegrittraining.com |
| 33 | artisticwaterfowl.com | 34 | themylifefoundation.org |
| 35 | texasenactus.org | 36 | englandservicesny.com |
| 37 | edgcreatives.com | 38 | effizienzprofis.com |
| 39 | ambiencelofts.com | 40 | emmaandlee.com |
| 41 | cambiandoconcoaching.com | 42 | occasionsbydeborah.com |
| 43 | DISMISSED | 44 | amoralez.com |
| 45 | pediatricurologyla.com | 46 | sgschoolconfessions.com |
| 47 | scottsdalewesterners.org | 48 | dilshansenaratne.com |
| 49 | bartendersstripped.com | 50 | duidefenseaustin.com |
| 51 | portablegreenhousekit.com | 52 | crosseyedpublishing.com |
| 53 | emersonfence2.com | 54 | sensotruck.com |
| 55 | mensajerosgalgo.com | 56 | bioperstaller.com |
| 57 | promessometro.org | 58 | brattrud.com |
| 59 | calvinkleinoutlet.us | 60 | odszkodowania24.org |
| 61 | obesidadmexico.com | 62 | noggsbarn.org |
| 63 | muskancharity.org | 64 | movershelper.org |
| 65 | bearkatzklub.com | 66 | avosa-cfcuae.com |
| 67 | dentalcaremore.com | 68 | minoxidilsampuan.org |
| 69 | thepineconegrove.com | 70 | alize-conseils.com |
| 71 | optivatechnology.com | 72 | meigepeg.org |
| 73 | grbeurope.com | 74 | d1spavisioncartridge.com |
| 75 | a1detailshop.com | 76 | bobtuffin.com |
| 77 | apm-31.com | 78 | havaianas-always-summer.com |
| 79 | ima-mst.com | 80 | loudoncpchurch.org |
| 81 | calvinklein-underwear.us | 82 | berbagihappy.org |
| 83 | espoirpourunenfant.org | 84 | fccpatx.org |
| 85 | recipesmasks.org | 86 | hrbsunjinjiaoyu.com |
| 87 | billetaudiocovers.com | 88 | andreamanniondanceschool.com |
| 89 | christtemplerpc.org | 90 | capwaco.com |
| 91 | plombierbron.org | 92 | civilwaremporium.com |
| 93 | dumacholdings.com | 94 | in2payments.com |
| 95 | calzoncillosboxer.com | 96 | asapworthasphalt.com |
| 97 | kvak2016.org | 98 | kratomfacts.org |
| 99 | uvsrvnation.com | 100 | kickassveterans.org |
| 101 | ebook-sf.com | 102 | euro-klick.com |
| 103 | joslinunderthestars.org | 104 | rudisubloon.com |
| 105 | johnnoestheden.com | 106 | carrepairpuyallupwa.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 107 | 3afoods.com | 108 | addariogroup.com |
| 109 | jmac-jtdeerfarm.org | 110 | laurencecorps.com |
| 111 | streeturbandanceco.com | 112 | hooululehua.org |
| 113 | atlasante.org | 114 | coloradobluegoose.org |
| 115 | psalm111ministries.org | 116 | arthemic.com |
| 117 | avocatsjxb.com | 118 | beegreenworld.com |
| 119 | ehsanimarble.com | 120 | srikantgyanyatra.com |
| 121 | dogaciceksarayi.com | 122 | grscholars.org |
| 123 | gkjnusukan.org | 124 | cleanminuschemicals.com |
| 125 | corevaluesprofile.com | 126 | smileinteraction.com |
| 127 | rawfusiondigital.com | 128 | findcrockpotrecipes.com |
| 129 | e-mxracing.com | 130 | jornaldeestagio.com |
| 131 | musicianscamp-camarillo.com | 132 | enlibracorp.com |
| 133 | empleosseguridad.com | 134 | distribuidoradiler.com |
| 135 | hrdhealthcare.com | 136 | filmyhaikya.com |
| 137 | philipattard.com | 138 | dehauslolin.com |
| 139 | atheistapocalypse.com | 140 | islandtimegoldens.com |
| 141 | cabinet-sunflower.com | 142 | amfdubai.com |
| 143 | ivcjournalism.com | 144 | benefitsrawhoney.com |
| 145 | msolutioncambodia.com | 146 | amazingcarpetrepair.com |
| 147 | cslentertainment.com | 148 | donchasephotography.com |
| 149 | cygnus-storytelling.org | 150 | deer-collagen.com |
| 151 | creativefortwayne.org | 152 | bernardofala.com |
| 153 | ckoutletonline.com | 154 | ckcollection.biz |
| 155 | citutn.org | 156 | 166ym.com |
| 157 | luderitzsailing.com | 158 | cherrypointesc.org |
| 159 | kitapbutik.com | 160 | cheapcalvinkleinshop.com |
| 161 | alziracardoso.com | 162 | epat-boutique.com |
| 163 | ccthenradiate.org | 164 | jemholidays.com |
| 165 | calvinkleinus.com | 166 | calvinkleinunderwearbest.com |
| 167 | calvin-kleinstore.com | 168 | calvinkleinshirtsoutlets.com |
| 169 | calvinkleinsalecheap.com | 170 | calvinkleinoutletcheap.com |
| 171 | calvinkleineu.com | 172 | calvinkleincheapstore.com |
| 173 | breakfastatmurrays.com | 174 | casuallifedesigns.com |
| 175 | blazingstarchorus.org | 176 | lovelybabyworldwide.com |
| 177 | cevancastle.com | 178 | chrissoutham.com |
| 179 | bayankorsesi.org | 180 | accordingtokumar.com |
| 181 | snarferbration.com | 182 | audiocollector.org |
| 183 | angersolutionbook.com | 184 | bernina-ironing.com |
| 185 | edmcleaningservice.com | 186 | diplosisters.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 187 | ampaignasiperaire.org | 188 | alternativehealthworld.org |
| 189 | makecomputerrunfaster.com | 190 | abriparental.org |
| 191 | abcasthmaheadstart.org | 192 | 4eme-frontdegauche34.org |